## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BROWN & ROOT INDUSTRIAL SERVICES, LLC, ET AL.**

**VERSUS**

**JAESON M. BROWN, ET AL.**

**CIVIL ACTION**

**NO. 21-291-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 22, 2022 (Doc. 55), to which an objection was filed and considered, (Doc. 56);

**IT IS ORDERED** that the Defendants' Motion to Dismiss (Doc. 35) is **DENIED**.

Signed in Baton Rouge, Louisiana, on September 27, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**